# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq. | 4 WALTER FORAN BLVD. | BASKING RIDGE OFFICE |
| JOHN P. CIONE, Esq.** Of Counsel | SUITE 402 | 88 SOUTH FINLEY AVENUE |
| ** Licensed in New York | FLEMINGTON, NJ 08822 | BASKING RIDGE, NJ 07920 |

Alla S. Fromm, Litigation Paralegal
afrommlaw@comcast.net
Christie P. Fay, Real Estate Paralegal
pjcrealestate@comcast.net
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915

EMAIL: pjcerillolaw@comcast.net

**REPLY TO:**
FLEMINGTON OFFICE

December 19, 2012

The Honorable Michael A. Hammer, M.J.
Courtroom MLK 3C
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Malibu Media, LLC v. John Does 1-37
Docket No: 2:12-cv-06345-JLL-MAH

Dear Judge Hammer:

With regard to the above-referenced matter, we are in receipt of Your Honor's Order dated November 30, 2012 permitting plaintiff to serve subpoena on internet service providers. There is only one internet service provider in this matter-Cablevision, and this particular provider refuses to comply with subpoenas unless the Order or the Subpoena itself is signed by the Judge (not simply endorsed by the court) and has specific language referencing the Cable Act. Therefore, enclosed herewith please find our proposed form of subpoena for your Honor's review. If the Subpoena meets your approval, kindly sign the subpoena and return it to my office so that it can be served on Cablevision.

Thank you very much for your courtesies and attention to this matter.

Very truly yours,

Patrick J. Cerillo, Esquire

PJC/af
Cc: Malibu Media, LLC