Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-37,<br>　　　　　Defendants. | Civil Action No.: 2:12-CV-06345-JLL-MAH |

### NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice. Defendants were issued the IP addresses 108.58.184.162, 173.2.217.160, 173.2.251.209, 174.44.186.136, 24.184.161.192, 24.184.201.160, 24.184.39.75, 24.186.108.217, 24.188.46.198, 24.189.75.227, 24.45.106.133, 24.45.4.240, 24.46.65.171, 67.81.80.3, 67.82.128.110, 67.82.182.220, 67.83.9.254, 67.84.205.178, 67.87.156.181, 68.192.207.4, 68.193.102.241, 68.196.235.52, 68.196.80.22, 68.196.86.175, 68.197.102.250, 68.199.48.85, 69.113.190.108, 69.122.233.199, 69.123.178.225, 69.123.38.135, 69.125.157.123, 69.125.57.3, 69.126.231.48, 69.126.244.206, 69.127.56.129, 69.127.68.63 and 69.127.76.246, respectively. Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 7, 2013

> Respectfully submitted,
>
> By: /s/ Patrick J. Cerillo
> Patrick J. Cerillo, Esq.
> Patrick J. Cerillo, LLC
> 4 Walter Foran Blvd., Suite 402
> Flemington, NJ 08822
> T: (908) 284-0997
> F: (908) 284-0915
> pjcerillolaw@comcast.net
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

> By: /s/ Patrick J. Cerillo
> Patrick J. Cerillo, Esq.

SO ORDERED:
DATED: 2-7-13